UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILLIPS PETROLEUM COMPANY
VENEZUELA LIMITED, et al.,                                  25-MC-24 (JHR) (VF)

                        Movants,                        **ORDER**

        -against-

GIRARD STREET INVESTMENT HOLDINGS
LLC,

                        Respondent.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Respondent is directed to file an opposition to the motion to compel at ECF No. 1 by **February 4, 2025**. Movants are directed to file replies, if any, by **February 11, 2025**.

DATED:     New York, New York
               January 21, 2025

                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge